UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STUART SANDWEISS, et al.,

    Plaintiffs,                                   Case No. 16-cv-12114
                                            Hon. Matthew F. Leitman

v.

SPIRIT AIRLINES, INC.,

    Defendant.
_____/

## **ORDER TO APPEAR FOR STATUS CONFERENCE**

On December 8, 2016, counsel for Defendant Spirit Airlines, Inc. filed a Motion to Dismiss Plaintiff's Complaint or Alternatively Motion to Enforce Settlement Agreement (ECF #13).

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 237, Detroit, Michigan, on **Monday, December 12, 2016 at 10:00 a.m.** for a status conference.

**IT IS FURTHER ORDERED** that no further filings of any kind shall be made by the parties.

**IT IS FURTHER ORDERED that Plaintiff Stuart Sandweiss, Counsel for Plaintiff, Brian Herschfus and counsel for Defendant shall personally appear at the status conference on December 12, 2016 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the parties shall appear as directed above unless a fully executed Stipulation and Order of Dismissal With Prejudice is tendered to the Court prior to the date and time set for the status conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113