UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STUART SANDWEISS *et al.*,

       Plaintiffs,

Case No. 16-cv-12114

v.

Hon. Matthew F. Leitman

SPIRIT AIRLINES, INC.,

       Defendant.

_____/

## ORDER ON MOTION PRACTICE

On December 8, 2016, Defendant Spirit Airlines, Inc. ("Sprit") filed a Motion to Dismiss Plaintiff's Complaint or Alternatively Motion to Enforce Settlement Agreement (the "Motion to Dismiss"). (*See* ECF #13). That same day, the Court entered an Order precluding any and all filings in this action. The Court hereby **DISSOLVES** that Order. The Court further sets the following briefing schedule with respect to the Motion to Dismiss:

- Plaintiffs shall respond to the Motion to Dismiss by no later than January 3, 2017.

- Spirit may file a reply brief in further support of its Motion to Dismiss by no later than January 17, 2017.

1

During an on-the-record status conference held on December 12, 2016, Plaintiffs expressed an intent to file a motion with respect to the parties' settlement in this action and for sanctions.  If Plaintiffs file this motion by no later than **5:00 p.m. on December 19, 2016**, Plaintiffs motion shall be heard and decided at the same time as the Motion to Dismiss.  If Plaintiffs do not file their motion by that date and time, the motion, if not mooted, will be heard and decided at a later date.

**IT IS SO ORDERED**.

Dated:   December 12, 2016

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113