UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STUART SANDWEISS *et al.*,

        Plaintiffs,      Case No. 16-cv-12114
                                       Hon. Matthew F. Leitman

v.

SPIRIT AIRLINES, INC.,

        Defendant.
_____/

## ORDER ON PLAINTIFFS' PENDING MOTION (ECF #35)

On May 1, 2017, Plaintiffs Stuart and Valerie Sandweiss filed a motion requesting sanctions against counsel for Defendant Spirit Airlines, Inc. (*See* ECF #35.) Defendant Spirit and/or its counsel shall not file any response to that motion unless and until the Court orders otherwise.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: May 3, 2017                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2017, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (313) 234-5113